No. 4,088.—HATTIE POWERS, Respondent, *v.* CHICAGO, MIL. & ST. PAUL RY. CO., Appellant.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided October 15, 1917.

PER CURIAM.—Pursuant to stipulation of counsel for the parties herein, the appeal in the above-entitled cause is hereby dismissed.

*Mr. Chas. J. Marshall,* for Appellant.

*Mr. E. K. Cheadle,* for Respondent.

---

No. 4,077.—LIVINGSTON WATER WORKS, Appellant, *v.* CITY OF LIVINGSTON et al., Respondents.

*Appeal from District Court, Park County.*

Decided October 16, 1918.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is hereby granted and the appeal ordered dismissed.

*Messrs. Miller, O'Connor & Miller* and *Messrs. Smith, Gibson & Smith,* for Appellant.

*Mr. Edward Horsky, Mr. Frank Arnold* and *Mr. R. L. Mitchell,* for Respondents.